This is to advise that on October 11, 2012

Senior Judge Judith M. Barzilay

Issued CONFIDENTIAL Slip Op. 12-129

In action

Ct. No. 11-00205

Aluminum Extrusions Fair Trade Committee,
(Plaintiff,)

v.

United States,
(Defendant,)

and

Aavid Thermalloy, LLC,
(Defendant-Intervenor.)